IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. |
| | : |
| JON J. LACKNER, | : NO. 09-813 |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this 20th day of June, 2011 upon consideration of the Government's Motions *in Limine*, and all Responses and Replies thereto, **IT IS HEREBY ORDERED** as follows:

1. Government's Motion for a Determination that Records Qualify as Business Records Under F.R.E. 803(6) (Doc. 31) is **GRANTED**; and

2. Government's Motion to Preclude Defense Arguments of Jury Nullification (Doc. 67) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Petrese B Tucker*

**Hon. Petrese B. Tucker, U.S.D.J.**